IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DARRON PEACOCK | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:25-cv-01836 |
| | § | |
| TAKE 5 PROPERTIES SPV LLC | § | |

**CERTIFICATE OF INTERESTED PARTIES**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, DARRON PEACOCK Plaintiff, and file this Certificate of Interested Parties. The following persons or entities have an interest in this matter:

Plaintiff-
Darron Peacock
c/o Adam Flood
Richard Jason Nava
NAVA LAW GROUP, P.C.
4909 Bissonnet Street, Suite 100
Bellaire, Texas 77401
Tel: (713) 661-9900
Attorneys for Plaintiffs

Defendant –
TAKE 5 PROPERTIES SPV LLC
c/o Elizabeth "Lisa" Massey
T. Kelly Mckee
Hartline Barger, LLP
5151 San Felipe Street, Suite 400
Houston, Texas 77056
Tel: (713) 759-1990
Attorneys for Defendant

Respectfully submitted,

**NAVA LAW GROUP, P.C.**

By:    /s/ Adam J. Flood
Richard Jason Nava
State Bar No. 24083552
Federal ID No, 3124096
Adam J. Flood,
State Bar No. 24081618
Federal ID No. 2070300
4909 Bissonnett Street., Suite 100
Bellaire, Texas 77401
Telephone No.:  713/661-9900
Telecopier No.:  713/666-5922
E-mail: aflood@navalawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of April, 2025, a true and correct copy of the foregoing instrument was filed with the Clerk of the Court using the CM/ECF system, and was served on counsel as follows:

Elizabeth "Lisa" Massey
T. Kelly Mckee
Hartline Barger, LLP
5151 San Felipe Street, Suite 400
Houston, Texas 77056
Tel: (713) 759-1990
Attorneys for Defendant

***Via E-Service/ECF***

/s/ Adam J. Flood
**ADAM J. FLOOD**