UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **DARRON PEACOCK** § § | |
| **V.** § § | **CIVIL ACTION NO. 4:25-CV-01836** |
| **TAKE 5 PROPERTIES SPV LLC** § | |

## CERTIFICATE OF INTERESTED PARTIES

Comes now, Defendant Take 5 Properties SPV LLC and files this certificate of interest parties. The following persons or entities have an interest in this matter

1. Plaintiff, Darron Peacock, Texas Resident
   c/o Adam Flood, Richard Jason Nava
   Nava Law Group, P.C.
   4909 Bissonnet Street, Suite 100,
   Bellaire, Texas 77401
   (713) 661-9900
   Attorney for Plaintiff

2. Take 5 Properties SPV, LLC, Delaware and North Carolina Resident
   a. Driven Brands Funding LLC, Sole Member of Take 5 Properties SPV, LLC, Delaware and North Carolina Resident
   b. Driven Funding Holdco LLC, Sole Member of Driven Brands Funding LLC, Delaware and North Carolina Resident
   c. Driven Brands, Inc., Sole Member of Driven Funding Holdco LLC, Delaware and North Carolina Resident
   c/o Lisa Massey, T. Kelly McKee
   Hartline Barger, LLP
   5151 San Felipe Street, Suite 400
   Houston, TX 77056
   (713) 759-1990 Telephone

Respectfully submitted,

By: *Lisa Massey*
ELIZABETH "LISA" MASSEY
Attorney in Charge
State Bar No. 24039039
Fed. Bar No. 613924
lmassey@hartlinebarger.com

T. KELLY MCKEE
State Bar No. 24114615
Fed. Bar No. 3479408
kmckee@hartlinebarger.com
Hartline Barger, LLP
5151 San Felipe Street, Suite 400
Houston, TX  77056
(713) 759-1990 Telephone
(713) 652-2419 Facsimile

ATTORNEYS FOR DEFENDANT
TAKE 5 PROPERTIES SPV LLC
(incorrectly named as Take 5 Oil Change, L.L.C)

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded to all known counsel of record pursuant to the Federal and Texas Rules of Civil Procedure on this 25th day of April, 2025.

_____
ELIZABETH "LISA" MASSEY