United States District Court
Southern District of Texas
**ENTERED**
July 21, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Darron Peacock | § § | |
| *versus* | § § | Civil Action 4:25−cv−01836 |
| Take 5 Properties SPV LLC | § | |

## MINUTE ENTRY ORDER

JUDGE: Christina A. Bryan
DATE: July 21, 2025
COURT REPORTER: ERO
TIME: 10:38 AM

The Court conducted the Initial Conference. Parties confirmed their consent to proceed before the Magistrate Judge. Scheduling Order to be issued.

Signed on the 21st of July 2025.

_____
Christina A. Bryan
United States Magistrate Judge