United States District Court
Southern District of Texas
**ENTERED**
July 30, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **DARRON PEACOCK** § § | |
| V. § § | Civil Action No. 4:25-cv-01836 |
| **TAKE 5 PROPERTIES SPV LLC** § | |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636 (c).

_____
Counsel for Plaintiff(s)

July 22, 2025
_____
Date

/s/T. Kelly McKee
_____
Counsel for Defendant(s)

July 10, 2025
_____
Date

## ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

CHRISTINA BRYAN

to conduct all further proceedings, including final judgment.

July 29, 2025
_____
Date

_____
United States District Judge