United States District Court
Southern District of Texas

**ENTERED**

July 30, 2025

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DARRON PEACOCK, | § | |
| PLAINTIFF | § | |
| | § | CIVIL ACTION NO. H-25-01836 |
| *Versus* | § | |
| | § | |
| TAKE 5 PROPERTIES SPV LLC, | § | |
| | § | |
| DEFENDANT. | § | |

## SCHEDULING ORDER

1.   **MOTIONS TO JOIN NEW PARTIES OR TO AMEND
     PLEADINGS** will be filed by:                              <u>November 7, 2025</u>

     Party requesting joinder will furnish copy of this
     Scheduling Order to new parties.

2.   **EXPERT WITNESSES** for the **plaintiff** will
     be named and a report furnished by:                        <u>January 6, 2026</u>

3.   **EXPERT WITNESSES** for the **defendant** will be
     named and a report furnished within 30 days of the
     deposition of the plaintiff's last expert, but not later than:   <u>February 6, 2026</u>

4.   **DISCOVERY** must be completed by:

     Counsel may, by agreement, continue discovery
     beyond the deadline, but no continuance will be granted based on
     information acquired in post-deadline discovery.          <u>March 13, 2026</u>

5.   **DISPOSITIVE MOTIONS** will be filed by:                  <u>April 3, 2026</u>

6.   **MEDIATION,** if appropriate, must be completed by:

7.   **JOINT PRETRIAL ORDER** will be filed by:                <u>August 3, 2026</u>

     Plaintiff is responsible for filing the Pretrial Order on time.

     The **JOINT PRETRIAL ORDER** shall be filed on or
     before this date.    Absent an order from the Court, the joint pretrial order
     shall be filed on this date even if a motion for continuance is pending.

     All MOTIONS IN LIMINE shall be submitted with Pretrial
     Order.    FAILURE TO TIMELY FILE A JOINT PRETRIAL

ORDER WILL SUBJECT THIS CASE TO DISMISSAL
WITH PREJUDICE in accordance with all applicable rules.

8.      The **PRETRIAL CONFERENCE** will be held at
         2:00 pm on this date:                                    August 7, 2026

9.      Any depositions to be considered at a bench trial shall
        be submitted to chambers at least five (5) days before trial.

10.     A Jury **TRIAL** is set for 9:30 a.m. on:                 August 10, 2026

        **ETT:** 3-5 day(s)

 Signed on July 30, 2025, at Houston, Texas.


                                    _____
                                        Christina A. Bryan
                                    United States Magistrate Judge