**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **DARRON PEACOCK**<br>*Plaintiff,* | § <br> § <br> § | |
| **v.** | § <br> § <br> § | **CIVIL ACTION NO. 4:25-CV-01836**<br>**JURY DEMANDED** |
| **TAKE 5 PROPERTIES SPV LLC**<br>*Defendant,* | § <br> § <br> § | |

_____

**AGREED MOTION FOR CONTINUANCE AND ENTRY OF AMENDED
SCHEDULING ORDER**
_____

TO THE HONORABLE MAGISTRATE JUDGE CHRISTINA BRYAN:

Plaintiff Darron Peacock ("Peacock") and Defendant TAKE 5 PROPERTIES SPV LLC, Defendant ("Take 5") in the above-numbered and styled cause, file this agreed Motion for Continuance and Entry of Amended Scheduling Order. In support thereof, the parties respectfully show the Court the following:

**I.
PROCEDURAL HISTORY**

On March 20, 2025, Plaintiff filed his Original Petition against Defendants in the 152nd District Court of Harris County, Texas. On April 23, 2025, Defendants filed their Notice of Removal. This case is currently set for trial on August 10, 2026.

As of the submission of this motion, Plaintiff and Defendant have not completed discovery. Depositions have not been completed, specifically the deposition of Plaintiff Darron Peacock.

2 | P a g e

The Parties wish to depose Mr. Peacock's treating providers and any retained experts. Once discovery has been completed, the Parties wish to set this case for mediation.

As a result, the Parties respectfully move the Court to continue all dates in the current Rule 16 Scheduling Order and enter an amended scheduling order. The Parties further request a Final Pretrial Conference in or thereafter. This would ensure the Parties have all the information necessary to thoroughly prepare for expert discovery, mediation, and the trial in this matter.

This Agreed Motion for Continuance and Entry of Amended Scheduling Order is not sought for delay, but so that justice can be done.

## II.
## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff Darron Peacock, and Defendant Take 5 Properties SPV LLC respectfully request the Court grant this Agreed Motion for Continuance and Entry of Amended Scheduling Order and parties will enter an amended Rule 16 scheduling order continuing all current deadlines.

Respectfully submitted,

Counsel for Plaintiff:

_/s/ Adam J. Flood_ **_____
RICHARD J. NAVA
State Bar No. 24083552
Fed. Bar No. 3124096
jnava@navalawgroup.com
ADAM J. FLOOD

AGREED MOTION FOR CONTINUANCE
AND ENTRY OF AMENDED SCHEDULING ORDER

3 | P a g e

State Bar No. 24081618
Fed. Bar No. 2070300
aflood@navalawgroup.com
Nava Law Group, P.C.
4909 Bissonnet St., Ste. 100
Bellaire, Texas 77401
(713) 661-9000 Telephone
(713) 666-5922 Facsimile
E-Service Email Only:
eserviceRJN@navalawgroup.com

**signed with permission

Counsel for Defendant:

  /s/ Mary Bishara
ELIZABETH "LISA" MASSEY
Attorney in Charge
State Bar No. 24039039
Fed. Bar No. 613924
lmassey@hartlinebarger.com
Mary Bishara
State Bar No. 24100310
Fed. Bar No.
mbishara@hartlinebarger.com
Hartline Barger, LLP
5151 San Felipe Street, Suite 400
Houston, TX  77056
(713) 759-1990 Telephone
(713) 652-2419 Facsimile

AGREED MOTION FOR CONTINUANCE
AND ENTRY OF AMENDED SCHEDULING ORDER

4 | P a g e

## **CERTIFICATE OF SERVICE**

   I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record in accordance with the applicable Federal Rules of Civil Procedure on this 9th day of March 2026.


             */s/ Mary Bishara*
             **Mary Bishara**

AGREED MOTION FOR CONTINUANCE
AND ENTRY OF AMENDED SCHEDULING ORDER