**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **DARRON PEACOCK** | § | |
| | § | |
| **V.** | § | **Civil Action No. 4:25-cv-01836** |
| | § | |
| **TAKE 5 PROPERTIES SPV LLC** | § | |

**AGREEMENT BY ALL PARTIES REGARDING PLAINTIFF'S RESPONSE DEADLINE FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

TO THE HONORABLE COURT,

All parties have come to an agreement to suspend the time indefinitely for Plaintiff to respond to Defendant's Motion for Summary Judgment. Defendant filed their motion on June 22, 2026, and Plaintiff's response is due July 13, 2026, pursuant to Federal Rules of Civil Procedure 56. At this time all parties are engaged in settlement discussions and have agreed to suspend the time indefinitely for Plaintiff to respond to the Motion for Summary Judgment. All parties respectfully request the Court to take notice of this agreement and alteration of the deadlines.

_____         July 13, 2026
Counsel for Plaintiff(s)                 _____
                                         Date


 _/s/ Lisa Massey by permission_          July 13, 2026
_____         _____
Counsel for Defendant(s)                 Date