United States District Court
Southern District of Texas
**ENTERED**
July 14, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DARRON PEACOCK, *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 4:25-cv-01836 |
| TAKE 5 PROPERTIES SPV LLC, *Defendant*. | § § § § | |

## **ORDER**

Before the Court is Parties' letter detailing their agreement regarding Plaintiff's response deadline.[1]  ECF 17.  Parties have agreed to indefinitely suspend the time for Plaintiff to respond to Defendant's pending Motion for Summary Judgment.  ECF 16.  The Parties represent they are engaged in settlement negotiations.  It is therefore

ORDERED that the Parties file an update with the Court regarding the status of the settlement discussions and the pending Motion for Summary Judgment by August 4, 2026.

Signed on July 14, 2026, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge

---

[1] The parties have consented to the jurisdiction of this Magistrate Judge for all purposes.  ECF 11.