**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| DARRON PEACOCK<br>*Plaintiff*, | §<br>§<br>§<br>§ | |
| V. | §<br>§ | CASE NO. 4:25-CV-01836 |
| | §<br>§ | |
| TAKE 5 PROPERTIES SPV LLC<br>*Defendant*, | §<br>§ | |

**JOINT REPORT REGARDING STATUS OF SETTLEMENT NEGOTIATIONS**
**AND PENDING MOTION FOR SUMMARY JUDGMENT**

TO THE HONORABLE COURT:

Plaintiff Darron Peacock and Defendant Take 5 Properties SPV, LLC previously agreed to extend the deadline for Plaintiff to respond to Defendant's Motion for Summary Judgment in order to allow focused efforts on settlement discussions. The parties are continuing to engage in good faith negotiations, but have yet to reach a settlement agreement. Due to the pending Motion for Summary Judgment on the Court's docket, the parties agree to provide another update on the status of negotiations by August 14, 2026, or advise the Court immediately if an impasse is reached instead.

Respectfully submitted,

ELIZABETH "LISA" MASSEY
State Bar No. 24039039
Federal Bar No. 613924
lmassey@hartlinebarger.com
Hartline Barger LLP
5151 San Felipe Street, Suite 400
Houston, Texas 77056
(713) 759-1990 – Telephone
(713) 652-2419 – Facsimile

PAGE 1

NAVA LAW GROUP, P.C.

By:    */s/ Adam J. Flood*
       Richard Jason Nava
       State Bar No. 24083552
       Federal ID No, 3124096
       Adam J. Flood,
       State Bar No. 24081618
       Federal ID No. 2070300
       4909 Bissonnett Street., Suite 100
       Bellaire, Texas 77401
       Telephone No.:  713/661-9900
       Telecopier No.:  713/666-5922
       E-mail: aflood@navalawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document has been forwarded to all counsel of record in accordance with the applicable Federal Rules of Civil Procedure on this 4th day of August, 2026.

ELIZABETH "LISA" MASSEY