**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **DARRON PEACOCK** | § | |
| ***Plaintiff*,** | § | |
| | § | |
| **V.** | § | **CASE NO. 4:25-CV-01836** |
| | § | |
| | § | |
| **TAKE 5 PROPERTIES SPV LLC** | § | |
| ***Defendant*,** | § | |

**JOINT STATUS REPORT REGARDING SETTLEMENT NEGOTIATIONS**

TO THE HONORABLE COURT:

Pursuant to the Court's Order of August 24, 2026, Plaintiff Darron Peacock and Defendant Take 5 Properties SPV, LLC advise as follows:

The parties have reached a confidential settlement agreement as of September 25, 2026. Counsel for the parties will jointly prepare settlement paperwork and file a dismissal with the Court as the documents are executed and the settlement funds have been exchanged.

Respectfully submitted,

By: */s/ Elizabeth "Lisa" Massey*

ELIZABETH "LISA" MASSEY
State Bar No. 24039039
Federal Bar No. 613924
lmassey@hartlinebarger.com
Hartline Barger LLP
5151 San Felipe Street, Suite 400
Houston, Texas 77056
(713) 759-1990 Telephone
(713) 652-2419 Facsimile

By: */s/ Adam J. Flood* *signed by permission
Richard Jason Nava
State Bar No. 24083552
Federal ID No, 3124096
Adam J. Flood
State Bar No. 24081618
Federal ID No. 2070300
aflood@navalawgroup.com
NAVA LAW GROUP, P.C.
4909 Bissonnett Street, Suite 100
Bellaire, Texas 77401
(713) 661-9900 Telephone
(713) 666-5922 Facsimile

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this document has been forwarded to all counsel of record in accordance with the applicable Federal Rules of Civil Procedure on this 25th day of September, 2026.

*/s/ Elizabeth "Lisa" Massey*
ELIZABETH "LISA" MASSEY