United States District Court
Southern District of Texas
**ENTERED**
September 28, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DARRON PEACOCK,<br>*Plaintiff*, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 4:25-cv-01836 |
| TAKE 5 PROPERTIES SPV LLC,<br>*Defendant*. | §<br>§<br>§ | |

## CONDITIONAL DISMISSAL ORDER

The Parties have filed a Joint Status Report representing that they have reached a settlement in this matter.[1] ECF 23. It is therefore

ORDERED that all claims in this case are DISMISSED WITH PREJUDICE and this case is CLOSED. Any party may move within 30 days to reopen the case if approval of documentation or condition precedent fails. It is further

ORDERED that all scheduling order deadlines and settings are VACATED and all pending motions are TERMINATED without prejudice to refiling if this case is reopened.

Signed on September 28, 2026, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge

---

[1] The parties have consented to the jurisdiction of this Magistrate Judge for all purposes. ECF 11.